IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-06-566 (1) |
| | § | C.A. No. 07-167 |
| RUBEN NAVARRO, | § | |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Ruben Navarro's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 25th day of April, 2007.

_____
Janis Graham Jack
United States District Judge